# EXHIBIT A

Global Policy

# Confidentiality

All policies/supplements are subject to local laws where the Company operates.
These policies/supplements are subject to change without prior notification

| Applies to: | | All employees | |
|---|---|---|---|
| | | All career tracks | |
| **Policy Number:** | 0069 | **Effective Date of this Version:** | 06 September 2017 |
| **Associated Global Policy:** | n/a | **Supersedes the Version Dated:** | 15 June 2015 |
| **Policy Sponsor:** | Human Resources | **Original Effective Date:** | 21 December 2000 |

## NATURE OF REVISIONS

6 September 2017- Updated links to reflect migration of sites to new Internal Sites platform.

15 June 2015 - Updated 'Additional Provisions' section in the policy to provide more clarity on reporting violations of law or regulations.

16 September 2014 - Updated policy for CaA Phase 3.

7 July April 2014 - Site maintenance; no content changes.

22 August 2013 - Updated policy to reflect link to new social media policy.

1 December 2012 - Updated terminology to reflect Leadership Careers at Accenture.

13 June 2012 - Updated contact information.

08 June 2011 - Updated to clarify that discussions regarding confidential information should never be held in public places or circumstances where they could be overheard. The definition of "Confidential Information" has also been updated to clarify that it includes information regarding other business partners (including customers and clients of Company clients and business partners). Added links to related policies in Supporting Documentation section.

21 March 2011 - Link to the Company's Social Media Guidelines added under Supporting Documentation.

16 August 2010 - Reviewed for quality, clarity and relevancy as per FY10 Policies Project -

added the phone number for the Ethics Line.

5 January 2007: Added a paragraph on confidentiality when using the Internet.

## PURPOSE OF THE POLICY

The purpose of this policy is to inform all employees of their responsibility to protect confidential Company, client and third-party information entrusted to them or to which they are otherwise exposed.

## POLICY

Employees shall protect confidential information that is entrusted to them or to which they are otherwise exposed. Employees may not use or disclose any confidential Company, client, or third-party information to anyone outside the Company, except as authorized. Under no circumstances may an employee discuss with clients matters that concern other clients or engagements without the express authorization of such other clients.

Within the Company, disclosures of confidential information should occur only on an as-needed basis, and when such discussions are necessary, they should never be held in a public place (such as an elevator or restaurant) under circumstances where they could be overheard. If an employee leaves the Company for any reason, he/she must return all Company and client or third-party materials acquired during his/her association with the Company. An employee's obligations with respect to confidential information apply even after association with the Company ends.

If there is any doubt as to whether information obtained in connection with an engagement or other Company activity is confidential, the individual should assume it is confidential and treat it as such, unless advised otherwise.

**Additional Provisions**

Company employees may be required to sign additional documents that more specifically implement or supplement these confidentiality requirements, including termination certificates, should the employee leave the Company. Clients or third parties may impose additional confidentiality obligations to the extent that Company employees are exposed to their information. The project manager will advise on how to comply with such obligations.

Company employees are expected to exercise good judgment and act in a professional manner whenever accessing the Internet or any other external system. Company employees should not post Company or client confidential and/or proprietary information (e.g., community rosters, client information, Knowledge Xchange data, etc. or confidential and/or proprietary information related to clients, suppliers, vendors or alliance partners) via an external server or email system, including in a personal blog. Company employees should not include libelous, slanderous, threatening, abusive or other inappropriate messages about the Company or its clients in any email, web posting, or blog. Any concerns with the Company should be addressed with a Human Resource representative or through the Ethics Line at +1 312 737 8262 rather than being posted to a blog or external website.

Nothing in this Policy or in any agreement between you and the Company is intended to prohibit you (with or without notice to Accenture) from reporting violations of laws or regulations to a relevant governmental agency, regulatory body, or a local authority, or from making disclosures that are protected under whistleblower laws and regulations.

## SUPPORTING DOCUMENTATION

**What is considered "confidential information"?**

Confidential information is any information or material, not generally available to the public that is generated, collected or used by the Company and that relates to its business, research and development activities, clients or other business partners (including customers and clients of Company clients and business partners), or employees. This includes client and third-party information marked as confidential or that is otherwise known to be confidential.

Please reference Policy 1461 - Social Media for guidance on social media use and related policies.

Related policies: In addition, every employee must also be aware of and comply with the following related policies:

The Company's Code of Business Ethics

Policy 0032 - Conflicts of Interest: Individual

Policy 0057 – Acceptable Use of Information, Devices and Technology

Policy 0061 – Dual Employment

Policy 0076 – Personal Investments

Policy 0590 – Restricted Persons Trading

Policy 1216 – Buying and Selling Securities – Insider Trading

Policy 1253 – Internal Distribution of Company Confidential and Material Nonpublic Information

Policy 1419 – Compliance with Regulation FD (Fair Disclosure)

## CONTACT INFORMATION

Please submit your inquiry via myRequest Ask an HR Question

## BACKGROUND / RATIONALE

n/a.