# COMPOSITE EXHIBIT C

**Defendant Ross A. McIntyre's
Employment Agreements**



Accenture LLP
161 North Clark Street – Chicago, IL 60601-3200
accenture.com

IMPORTANT:  THIS DOCUMENT MUST HAVE YOUR FULL LEGAL TYPED NAME
ENTERED IN THE "TYPE FULL LEGAL NAME" LINE IN ORDER TO BE VALID.
FAXED OR SCANNED DOCUMENTS MUST HAVE YOUR LEGAL SIGNATURE IN
PLACE OF THE TYPED NAME.

October 7, 2015

Ross A. McIntyre
8901 Cima Circle
Austin, TX  78737

Dear Ross:

In connection with Accenture's purchase of Chaotic Moon (the "Acquisition"), we would like to welcome you to Accenture LLP ("Accenture" or the "Company").  This letter confirms the terms of your employment on your effective start date of December 1, 2015.  We look forward to working closely with you to ensure your smooth entry into the Company.

**Organization:**  Accenture Interactive
**Job Schedule:**  Full Time
**Career Level:**  Level 8
**Office Location:**  Austin
**Base Pay:**  $130,000 annually, payable semi-monthly in arrears.
**Overtime:**  Exempt

Your performance and promotion readiness will be assessed on the basis of your contributions and performance, the results of your work, the value you contribute to the success of our clients, business need, and your demonstrated stewardship and commitment to Accenture.  Our salary administration process occurs annually.  Salary reviews are conducted in December and any adjustments are determined by your start date, performance, and other compensation factors such as your position within your salary range and overall business conditions.  You must be employed by Accenture for at least 3 1/2 months prior to the salary review date (the first of December) in order to be eligible for a salary review.

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

Ross A. McIntyre
October 7, 2015

An extensive benefits program including medical, dental, disability insurance, life insurance, pretax reimbursement accounts, and other plans are available to you on January 1, 2016 subject to the standard eligibility requirements. Some benefits, such as the employer 401(k) matching contribution, require a period of employment before you are eligible for participation. You are eligible to make 401(k) contributions in January 2016. If you are making contributions and you have satisfied the eligibility requirements, Accenture will match your contributions, at the rate appropriate for your career track or level, up to 6% of your compensation (subject to the IRS annual limits). You are permitted to roll over any prior employer 401(k) or other qualified plan amounts into the company's plan at any time.

For additional information on our holiday and vacation policies as well as our benefits programs, visit http://uscareers.accenture.com/benefits. In addition, you can learn more about our unique LifeWorks program; from financial planning to educational matters, apartment listings to consumer sources, you'll find a complete range of services to help enhance the quality of your life. If you have specific questions regarding benefits, please feel free to contact us.

If you become employed by the Company, you will have the opportunity to participate in the Accenture plc Employee Share Purchase Plan (ESPP). This is a voluntary program that allows eligible Accenture employees (in geographies where locally permitted) to purchase Class A ordinary shares of Accenture plc at a 15 percent discount. By participating in this program, you can build your ownership in Accenture and increase your stake in Accenture's potential success. Employees are generally eligible to contribute up to 10 percent of their gross compensation toward the purchase of these shares, or up to US$7,500 per Offering Period. To participate in the ESPP, you may enroll during an Open Enrollment period, which occurs twice a year, in September and March respectively for the two Offering Periods beginning in November and May. Please note that this program is offered solely at the discretion of Accenture plc, not by your employer, and may be amended or terminated by Accenture plc at any time.

We are extending these terms of employment contingent upon successful completion of a background and reference check, including verification of all information reported on your Candidate Profile. Please note that your Candidate Profile and background check results must also satisfy any client-specific on-boarding requirements. Placements on some projects may require additional client specific requirements such as licenses, clearances, or signing authority, if applicable. Your employment is also contingent upon you possessing valid work authorization that does not require employer sponsorship.

Ross A. McIntyre
October 7, 2015

This offer is further contingent upon the understanding that (1) your joining our Company will not violate any agreement to which you are or have been a party and that you will have obtained a satisfactory disposition of any restrictions you may have on your activities with your current or former employer(s) as determined by the Company; (2) the Company will not reimburse or hold you harmless for costs or any liability incurred in connection with a decision to accept employment with the Company; and (3) that the Company will not reimburse or hold you harmless for costs or any liability incurred in connection with any actions that may be brought by any prior employer.

The Company's offer is also contingent upon your acknowledgement that you will not use, bring or disclose to our Company any confidential or proprietary information obtained from a third party, including but not limited to any previous employer, prior to you joining our Company; and you will comply with all applicable Company policies and professional standards of our Company, including the Accenture Code of Business Ethics and Accenture's Policies. Even if you created a particular document at a former employer, or if you believe that a document from a previous employer is not sensitive, important or confidential, you may not bring it to Accenture. If you believe that you have a special circumstance and should have an exception to this rule, you must get an exception in writing from the third party and from Accenture before accepting this offer. Your employment with Accenture is "at will," meaning it is terminable at any time by either you or Accenture.

As a condition of employment, you are required to maintain your primary residence at a reasonable commuting distance defined per Company policy as no further than a 90 minute commuting time from a strategic Accenture office (strategic location to be approved by your entity leadership) throughout your employment with Accenture.

In conjunction with the Acquisition, if your **current residence is already in compliance** (90 minutes commute of assigned Accenture office) you should continue to maintain a residence that is in compliance now and for any future moves. If your **current residence is considered out of compliance** (more than a 90 minute commute from assigned Accenture office), Accenture will automatically grant you an exception to this policy.

This exception will remain in effect with the understanding that for any future moves (1) you will either stay within a reasonable distance of your current residence (40 miles), or (2) you will move to a residence that will bring you into policy compliance with an agreed to strategic location. Please note that this exception may be reviewed and reassessed as your career progresses and business needs change.

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

Ross A. McIntyre
October 7, 2015

We have enclosed several documents you must review and/or sign and return: (1) conditions of employment, (2) a non-compete denial letter, and (3) an intellectual property agreement, to which you will be subject. After you have read through these materials, please sign and return in their entirety copies of this letter, the conditions of employment and the intellectual property agreement. These documents will serve as your official acceptance of terms of employment and confirm that you have read, understood and will comply with the provisions outlined.

In keeping with the US Immigration and Control Act of 1986, we are required to establish the employment authorization and identity of each person we hire. Accenture's policy is to verify this information on your first day of employment. Accenture also complies with state laws and federal regulations that require the use of the Department of Homeland Security's E-Verify system to establish employment authorization and identity. In order to comply; you will need to bring the appropriate documentation described in the attached List of Acceptable Documents on your first day of employment. **Your documentation must be original. Expired documents, copies or faxes will not be accepted.** Please be aware that E-Verify requires that if you choose to bring an identification document from "list B" on the I-9 form, it has to be a document with a photo on it.

Prior to your start date, you will receive an email from 'Human Resources' with instructions to access our secure Accenture Career Launch portal where you will prepare for your first day and complete these required actions: verify your personal profile, complete the I-9 form, enroll in direct deposit payroll, provide emergency contact info, and complete tax forms. Your email address on record is ross.mcintyre@chaoticmoon.com. If your email address changes prior to your start date, please notify Accenture so we may stay in contact.

During your employment or upon your release or resignation, you agree not to release, retain, copy or utilize in any manner any confidential, privileged, or proprietary information or property of Accenture or its clients. All discoveries, inventions, or techniques developed in the course of your employment belong to Accenture and will be disclosed and assigned to Accenture by you.

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

Ross A. McIntyre
October 7, 2015

**Please advise us of your decision by October 14, 2015 by 5:00 p.m. CST.** After you have read through these materials, please electronically sign the terms of employment documents and attach your electronically signed terms of employment documents to your employee profile as indicated in the enclosed instructions so that we may ensure we have received your response. These documents will serve as your official acceptance of our terms of employment and confirm that you have read, understood and will comply with the provisions outlined.

Please contact David Soliz at david.j.soliz@accenture.com or (469) 665-6754 if you have any questions regarding your terms of employment documents or process.

Very truly yours,

Brian Whipple
Global Managing Director – Accenture Interactive

Acknowledged:

 Ross Alan McIntyre                           10/08/15                 
Type Full Legal Name                  Type Date
By typing my legal name in the above, I acknowledge and agree: (1) that I have read, understand and agree to the foregoing terms of employment, (2) that I have not altered the document by any means, (3) to submit this document electronically, and that my submission of this electronic response constitutes my electronic signature, and (4) to the electronic storage and use of this document by Accenture.

**Enclosures:**
Conditions of Employment
Intellectual Property Agreement
Non-Compete Denial Letter
Intellectual Property Agreement Frequently Asked Questions
Policy 90
I9 Documentation

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

SECTION I

INTELLECTUAL PROPERTY AGREEMENT

In consideration of my initial and/or continued status as an employee of Accenture and, if applicable, for additional consideration, such as a salary increase and/or promotion and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I ("I" or "me") hereby agree as follows. Throughout this agreement, "Accenture" shall refer to Accenture LLP, its parent companies, subsidiaries, affiliates and related entities.

1. **CONFIDENTIAL INFORMATION**

   a) "Confidential Information" shall mean all confidential, proprietary or non-public information, ideas, concepts, techniques, methods, processes, plans, strategies, know-how, materials and documents in any form or medium (including oral, written, tangible, intangible or electronic) relating to or concerning the past, current or future business, activities and operations of Accenture including without limitation (i) finances, investments, profits, pricing, costs, and accounting, (ii) products, services, sales, marketing, advertising and promotions, (iii) intellectual property (including computer software, databases, documentation, formulae, trade secrets, business methods, inventions, research and development), (iv) personnel, compensation, recruiting and training, and (v) suppliers, vendors, competitors, customers and/or clients (including client identities and details of specific engagements) of Accenture or any third party that has disclosed or provided any of the foregoing to Accenture on a confidential basis.

   b) "Confidential Information" shall not include any portions of the foregoing that I can demonstrate by sufficient evidence are (i) lawfully published in a form generally available to the public prior to any disclosure by me; or (ii) made legitimately available to me by a third party without breach of any obligation of confidence to any person; or (iii) required by law to be disclosed by me; *provided that* I must give Accenture prompt written notice of any such requirement, disclose no more information than is so required, and cooperate fully with all efforts by Accenture to obtain a protective order or similar confidentiality treatment for such information.

   c) Unless I first secure the written consent of Accenture, I shall not use, divulge, disclose, communicate, reveal, share, provide access to, transfer, copy, distribute or publish any Confidential Information at any time, either during or after my employment by Accenture, except to partners, employees or other authorized agents of Accenture, and solely to the extent I must do so to perform my assigned duties for Accenture.

   d) Upon the expiration or termination of my employment with Accenture for any reason, (i) I shall cease and not thereafter commence any and all use of any Confidential Information and Accenture Works (as defined in Section 2(a)) (and any Works confusingly or substantially similar or equivalent thereto) and (ii) at any time upon Accenture's request, I shall promptly, at Accenture's option, deliver to Accenture or destroy, delete or expunge all originals and copies of any Confidential Information in any form or medium in my possession or control (including any of the foregoing stored or located in my office, home, laptop or other computer that is not Accenture property) and shall notify and fully cooperate with Accenture regarding the delivery or destruction of any other Confidential Information of which I am aware.

2

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

2. <u>**INTELLECTUAL PROPERTY**</u>

    a)    If I create, invent, design, develop, contribute to or improve any works of authorship, inventions, intellectual property, materials, documents or other work product (including without limitation software, code, databases, systems, applications, presentations, reports, research, textual works, content, artwork, graphics or audiovisual materials) ("Works"), or have already done so, either alone or in conjunction with third parties, at any time during my employment by Accenture and within the scope of such employment and/or with the use of any Accenture resources ("Accenture Works"), I shall promptly and fully disclose such Accenture Works to Accenture and hereby irrevocably assign, transfer and convey, to the extent permitted by applicable law, all rights and intellectual property rights therein (including rights under patent, copyright, trademark, trade secret, unfair competition and related laws) to Accenture or such other entity as Accenture shall designate, to the extent ownership of any such rights does not vest originally in Accenture.

    b)    The assignment in Section 2(a) shall be deemed to incorporate by reference the relevant provisions of any state statutes concerning assignments of employee intellectual property, including without limitation the statutes listed on the Attached Exhibit B, as amended from time to time by Accenture, consistent with the current state of the law.

    c)    If I have created, invented, designed, developed, contributed to or improved any Works prior to my employment by Accenture that are relevant to or implicated by such employment ("Prior Works"), I have disclosed same on Exhibit A. I agree that I will not incorporate any portion of such Prior Works into any work or development I may undertake during my employment at Accenture. But if I should use or incorporate any such Prior Works in any work or development during my employment at Accenture, I hereby grant Accenture (or its designee) a perpetual, non-exclusive, royalty-free, worldwide, assignable, sublicensable license under all rights and intellectual property rights (including rights under patent, copyright, trademark, trade secret, unfair competition and related laws) in any such Prior Works for all purposes in connection with Accenture's current and future business. I shall have the burden of proving that any Works created, invented, designed, developed, contributed to or improved by me that are implicated by or relevant to my employment by Accenture are not Accenture Works.

    d)    I agree to maintain any type or form of records, execute any further documents and take any further actions requested by Accenture to assist it in validating, effectuating, maintaining, protecting, enforcing, perfecting, recording, patenting or registering any of its rights hereunder. If I am unable to execute a document or take any action for any reason, I irrevocably designate and appoint Accenture and each of its duly authorized agents or designees as my agent and attorney-in-fact, to act in my behalf in all applicable instances, including in any government authorities or agencies.

3.  **COMPLIANCE**

    a)      Except as set forth on Exhibit A and provided to Accenture, (i) no agreements, commitments or other understandings of any kind (including any with former employers) will affect my ability to comply with the terms and conditions of this Agreement or to perform my assigned duties for Accenture, and (ii) I have no rights in any Prior Works as of the date hereof.

    b)      I shall not improperly use for the benefit of, bring to any premises of, divulge, disclose, communicate, reveal, transfer or provide access to, or share with Accenture any confidential, proprietary or non-public information relating to a former employer or other third party without the prior written permission of such third party.  I hereby indemnify, hold harmless and agree to defend Accenture and its affiliates, officers, directors, partners, employees, agents and representatives from any breach of the foregoing covenant.  I agree that Accenture may present a copy of this Agreement to any of my subsequent employers or prospective employers.

    c)      I shall comply with all relevant policies and guidelines of Accenture, including those contained in the Accenture policies database, regarding the protection of Confidential Information and intellectual property.  I acknowledge that Accenture may amend any such policies and guidelines from time to time, and that I remain at all times bound by their most current version.

4.  **MISCELLANEOUS**

    a)      I agree that any material breach by me of this Agreement shall be grounds for termination of my employment by Accenture.  Nothing in this Agreement (including the foregoing) is intended to alter the at-will status of my employment by Accenture.  I agree that this Agreement is neither a contract of employment nor a guarantee of continued employment at Accenture.

    b)      I agree that any material breach by me of this Agreement will irreparably harm the business of Accenture, for which Accenture shall not have an adequate remedy at law.  Therefore, in such event, Accenture may obtain all appropriate relief from any court of competent jurisdiction, without the posting of bond or other security, in addition to whatever other remedies it may have.

    c)      If any provision of this Agreement shall be held or declared to be illegal, invalid or unenforceable, such provision shall not affect any other provision of this Agreement, and the remainder of this Agreement shall continue in full force and effect as though such provision had not been contained herein.  If the scope of any provision in this Agreement is held or declared to be too broad to permit its full enforcement, I consent to judicial modification of such provision and enforcement to the maximum extent permitted by law.

    d)      Except as provided in Section 4(c), this Agreement may be amended only by a written instrument signed by Accenture and me.  I understand that if any current or future practices, policies, or procedures of Accenture applicable to me are inconsistent with the terms of this Agreement, the provisions of this Agreement shall control.

4

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

5.  This Agreement contains the entire agreement between Accenture and me with respect to the subject matter hereof and supersedes any previous understandings or agreements, whether written or oral, regarding same.  Notwithstanding the foregoing, if I have previously entered into any written agreements with Accenture relating to the disclosure of Confidential Information or the ownership of intellectual property, I agree that such agreements shall remain in full force and effect; *provided that* in the event of any conflict between the terms of this Agreement and those of any such previous agreements, the terms of this Agreement shall control.

    a)    This Agreement shall survive and be fully enforceable by Accenture after the expiration or termination of my employment for any reason.

    b)    The failure of either Accenture or me at any time to require performance of any provision of this Agreement shall in no manner affect its or my right at a later time to enforce same.  No waiver by Accenture or me of the breach of any term of this Agreement, whether by conduct or otherwise, shall be deemed to be or construed as a further or continuing waiver of any such breach or the breach of any other term of this Agreement

    c)    I REPRESENT AND WARRANT THAT: (I) I HAVE READ AND UNDERSTOOD THIS AGREEMENT; (II) I HAVE ENTERED INTO THIS AGREEMENT FREELY AND VOLUNTARILY AND BASED ON MY OWN JUDGMENT AND NOT ON ANY STATEMENTS, REPRESENTATIONS OR PROMISES OTHER THAN THOSE CONTAINED IN THIS AGREEMENT; AND (III) I HAVE BEEN GIVEN A COPY OF THIS AGREEMENT.

\*    \*    \*

IN WITNESS WHEREOF, and, intending to be legally bound hereby, I have executed this Agreement this

date    10/16/15            .
        Month/Day/Year

EMPLOYEE:

Ross A. McIntyre

_____
Type Full Legal Name

By typing my legal name in the above, I acknowledge and agree (1) that I have read, understand and agree to the foregoing Intellectual Property Agreement (2) that I have not altered the document by any means, (3) to submit this document electronically, and that my submission of this electronic response constitutes my electronic signature, and (4) to the electronic storage and use of this document by Accenture.

ACCEPTED:

ACCENTURE LLP

Brian Whipple
Global Managing Director – Accenture Interactive

5

USE THIS SECTION TO DISCLOSE "PRIOR WORKS" AS INSTRUCTED IN PARAGRAPH 3 UNDER INTELLECTUAL PROPERTY.

**EXHIBIT A**

Third Party Agreements and Prior Works

N/A

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

EXHIBIT B TO INTELLECTUAL PROPERTY AGREEMENT

EMPLOYEE INVENTION ACTS

CALIFORNIA

Pursuant to Section 2870 of the California Labor Code, the requirements set forth in Section 2(a) of this Agreement shall not apply to an invention that I developed entirely on my own time without using Accenture's equipment, supplies, facilities, or trade secret information except for those inventions that either: (i) relate at the time of conception or reduction to practice of the invention to Accenture's business, or actual or demonstrably anticipated research or development of Accenture; or (ii) result from any work performed by me for Accenture.

DELAWARE

Pursuant to Title 19, Section 805 of the Delaware Code, the requirements set forth in Section 2(a) of this Agreement shall not apply to an invention that I developed entirely on my own time without using Accenture's equipment, supplies, facility or trade secret information, except for those inventions that: (i) relate to Accenture's business or actual or demonstrably anticipated research or development, or (ii) result from any work performed by me for Accenture.

ILLINOIS

Pursuant to the Illinois Employee Patent Act, the requirements set forth in Section 2(a) of this Agreement shall not apply to an invention for which no equipment, supplies, facilities, or trade secret information of Accenture was used and which was developed entirely on my own time, unless: (i) the invention relates (a) to the business of Accenture, or (b) to Accenture's actual or demonstrably anticipated research or development; or (ii) the invention results from any work performed by me for Accenture.

KANSAS

Pursuant to Section 44-130 of the Kansas Statutes, the requirements set forth in Section 2(a) of this Agreement shall not apply to an invention for which no equipment, supplies, facilities or trade secret information of Accenture was used and which was developed entirely on my own time, unless: (i) the invention relates to the business of Accenture or to Accenture's actual or demonstrably anticipated research or development; or (ii) the invention results from any work performed by me for Accenture.

MINNESOTA

Pursuant to Section 181.78 of the Minnesota Statutes, the requirements set forth in Section 2(a) of this Agreement shall not apply to an invention for which no equipment, supplies, facility or trade secret information of Accenture was used and which was developed entirely on my own time, and (i) which does not relate (a) directly to the business of Accenture or (b) to Accenture's actual or demonstrably anticipated research or development, or (2) which does not result from any work performed by me for Accenture.

7

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

## NORTH CAROLINA

Pursuant to Section 66-57.1 of the General Statutes of North Carolina, the requirement set forth in Section 2(a) of this Agreement shall not apply to an invention that I developed entirely on my own time without using Accenture's equipment, supplies, facility or trade secret information except for those inventions that: (i) relate to Accenture's business or actual or demonstrably anticipated research or development, or (ii) result from any work performed by me for Accenture.

## UTAH

Pursuant to the Utah Employee Inventions Act, the requirements set forth in Section 2(a) shall not apply to any right or intellectual property in or to an invention that is: (i) created by me entirely on my own time; and (ii) not an employment invention.

The term "employment invention" shall mean any invention or part thereof conceived, developed, reduced to practice, or created by me which is:

a) conceived, developed, reduced to practice, or created by me:
   i. within the scope of my employment;
   ii. on Accenture's time; or
   iii. with the aid, assistance, or use of any of Accenture's property, equipment, facilities, supplies, resources, or intellectual property;
b) the result of any work, services, or duties performed by me for Accenture;
c) related to the industry or trade Accenture; or
d) related to the current or demonstrably anticipated business, research, or development of Accenture.

The term "intellectual property" means any and all patents, trade secrets, know-how, technology, confidential information, ideas, copyrights, trademarks, and service marks and any and all rights, applications, and registrations relating to them.

## WASHINGTON

Pursuant to Section 49.44.140 of the Washington Code, the requirements set forth in Section 2(a) of this Agreement shall not apply to an invention for which no equipment, supplies, facilities, or trade secret information of Accenture was used and which was developed entirely on my own time, unless: (i) the invention relates (a) directly to the business of Accenture, or (b) to Accenture's actual or demonstrably anticipated research or development, or (ii) the invention results from any work performed by me for Accenture.

8

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

SECTION II

CONDITIONS OF EMPLOYMENT

Accenture's two greatest assets are its people and its clients. We are committed to hiring the best and our investment in developing our personnel is second to none. Given our commitment, we must protect this investment so that we can provide our people the opportunity for growth and success. Employment with Accenture is At Will. This means that your employment is terminable at any time, for any reason, by either you or Accenture. Today, there is an increased risk of losing clients or our investment in our people whenever one of our employees leaves Accenture. Recognizing these business realities, we have adopted the following policies:

I.      **For residents of all U.S. states except California and Virginia:**

If you leave Accenture, for twelve months after release or resignation, you agree not to, directly or indirectly, perform professional services for, or solicit for the purpose of performing professional services for:

      (a)      any client of Accenture for whom you performed professional services during the eighteen months prior to release or resignation; and

      (b)      any prospective client of Accenture (any person or entity to which you submitted a proposal or concerning which you assisted in the preparation or submission of a proposal during the eighteen months prior to release or resignation).

For the purposes of this agreement, professional services means services that are the same or substantially similar to the services you provided while at Accenture. This does not prohibit you from accepting employment with a client.

During your employment with Accenture and for eighteen months thereafter, you agree not to (i) directly or indirectly, recruit, solicit or otherwise induce any Accenture personnel to end their relationship with Accenture or (ii) interfere with the performance by any such persons of their duties for Accenture.

II.     **For residents of California:**

If you leave Accenture, for twelve months after release or resignation, you agree not to, directly or indirectly, solicit for the purpose of performing professional services:

      (a)      any client of Accenture for whom you performed professional services during the eighteen months prior to release or resignation; and

9

(b)    any prospective client of Accenture (any person or entity to which you submitted a proposal or concerning which you assisted in the preparation or submission of a proposal during the eighteen months prior to release or resignation).

For the purposes of this agreement, professional services means services that are the same or substantially similar to the services you provided while at Accenture. This does not prohibit you from accepting employment with a client.

During your employment with Accenture and for a period of twelve months thereafter, you will not, nor will you assist any third party to, directly or indirectly (i) raid, solicit, encourage or attempt to persuade any employee or independent contractor of Accenture who is presently engaged with Accenture and who was also engaged with Accenture during your employment with Accenture, who possesses or had access to Confidential Information of the Company, to leave the employ of or terminate a relationship with Accenture; or (ii) interfere with the performance by any such persons of their duties for Accenture.

III.    **For residents of Virginia:**

If you leave Accenture, for twelve months after release or resignation, you agree not to, directly or indirectly, perform professional services for, or solicit for the purpose of performing professional services for:

(a)    any client of Accenture for whom you performed professional services during the eighteen months prior to release or resignation; and

(b)    any prospective client of Accenture (any person or entity to which you submitted a proposal or concerning which you assisted in the preparation or submission of a proposal during the eighteen months prior to release or resignation).

For the purposes of this agreement, professional services means services that are the same as the services you provided while at Accenture. This does not prohibit you from accepting employment with a client.

During your employment with Accenture and for a period of eighteen months thereafter, you will not, nor will you assist any third party to, directly or indirectly (i) raid, hire, solicit, or attempt to persuade any employee of Accenture or any person who was an employee of Accenture during the six months preceding the termination of your employment or relationship with Accenture, who possesses or had access to confidential information of Accenture, to leave the employ of or terminate a relationship with Accenture; (ii) interfere with the performance by any such persons of their duties for Accenture; or (iii) communicate with any such persons for the purposes described in items (i) and (ii) in this paragraph.

IV.    **For residents of all U.S. states:**

Upon your release or resignation, you agree not to release, retain, copy, or utilize any confidential, privileged, or proprietary information or property of Accenture or its clients. All discoveries, inventions, or techniques developed in the course of your employment with Accenture belong to Accenture and will be disclosed and assigned to it by you.

10

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

As used in this document, "Accenture" refers to all Accenture entities, including Accenture Plc, Accenture LLP, Accenture Federal Services, as well as any affiliates, parent companies, subsidiaries, successors or assigns to any Accenture entity.

It is not our intent to limit your ability to pursue your professional career if you leave the company.  The provisions above relate to preserving our people and our clients.

Please sign and return an acknowledgement copy of this document.  This will serve as your official acceptance of our offer and confirm you have read, understood, and will comply with these conditions in consideration of your employment and periodic performance and salary reviews.

Acknowledged:


_____Ross A. McIntyre_____                    10/16/15_____
Type Full Legal Name                             Month/Day/Year

By typing my legal name in the above, I acknowledge and agree: (1) that I have read, understand and agree to the foregoing Conditions of Employment, (2) that I have not altered the document by any means, (3) to submit this document electronically, and that my submission of this electronic response constitutes my electronic signature, and (4) to the electronic storage and use of this document by Accenture.

11