# COMPOSITE EXHIBIT E

## Defendant John J. Todor's
## Employment Agreements

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:26:30



Accenture LLP
161 North Clark Street – Chicago, IL 60601-3200
accenture.com

IMPORTANT:  THIS DOCUMENT MUST HAVE YOUR FULL LEGAL TYPED NAME
ENTERED IN THE "TYPE FULL LEGAL NAME" LINE IN ORDER TO BE VALID.
FAXED OR SCANNED DOCUMENTS MUST HAVE YOUR LEGAL SIGNATURE IN
PLACE OF THE TYPED NAME.

October 19, 2015

John J. Todor
4305 Twisted Tree
Austin, TX  78735

Dear John:

In connection with Accenture's purchase of Chaotic Moon (the "Acquisition"), we would like to welcome you to Accenture LLP ("Accenture" or the "Company").  This letter confirms the terms of your employment on your effective start date of December 1, 2015.  We look forward to working closely with you to ensure your smooth entry into the Company.

**Organization:**  Accenture Interactive
**Job Schedule:**  Full Time
**Career Level:**  Level 7
**Office Location:**  Austin
**Base Pay:**  $100,000 annually, payable semi-monthly in arrears.
**Overtime:**  Exempt
**Sales Incentive Plan:**  Current Sale Incentive Plan

Your performance and promotion readiness will be assessed on the basis of your contributions and performance, the results of your work, the value you contribute to the success of our clients, business need, and your demonstrated stewardship and commitment to Accenture.  Our salary administration process occurs annually.  Salary reviews are conducted in December and any adjustments are determined by your start date, performance, and other compensation factors such as your position within your salary range and overall business conditions.  You must be employed by Accenture for at least 3 1/2 months prior to the salary review date (the first of December) in order to be eligible for a salary review.

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:26:30

John J. Todor
October 19, 2015

An extensive benefits program including medical, dental, disability insurance, life insurance, pretax reimbursement accounts, and other plans are available to you on January 1, 2016 subject to the standard eligibility requirements. Some benefits, such as the employer 401(k) matching contribution, require a period of employment before you are eligible for participation. You are eligible to make 401(k) contributions in January 2016. If you are making contributions and you have satisfied the eligibility requirements, Accenture will match your contributions, at the rate appropriate for your career track or level, up to 6% of your compensation (subject to the IRS annual limits). You are permitted to roll over any prior employer 401(k) or other qualified plan amounts into the company's plan at any time.

For additional information on our holiday and vacation policies as well as our benefits programs, visit http://uscareers.accenture.com/benefits. In addition, you can learn more about our unique LifeWorks program; from financial planning to educational matters, apartment listings to consumer sources, you'll find a complete range of services to help enhance the quality of your life. If you have specific questions regarding benefits, please feel free to contact us.

If you become employed by the Company, you will have the opportunity to participate in the Accenture plc Employee Share Purchase Plan (ESPP). This is a voluntary program that allows eligible Accenture employees (in geographies where locally permitted) to purchase Class A ordinary shares of Accenture plc at a 15 percent discount. By participating in this program, you can build your ownership in Accenture and increase your stake in Accenture's potential success. Employees are generally eligible to contribute up to 10 percent of their gross compensation toward the purchase of these shares, or up to US$7,500 per Offering Period. To participate in the ESPP, you may enroll during an Open Enrollment period, which occurs twice a year, in September and March respectively for the two Offering Periods beginning in November and May. Please note that this program is offered solely at the discretion of Accenture plc, not by your employer, and may be amended or terminated by Accenture plc at any time.

We are extending these terms of employment contingent upon successful completion of a background and reference check, including verification of all information reported on your Candidate Profile. Please note that your Candidate Profile and background check results must also satisfy any client-specific on-boarding requirements. Placements on some projects may require additional client specific requirements such as licenses, clearances, or signing authority, if applicable. Your employment is also contingent upon you possessing valid work authorization that does not require employer sponsorship.

John J. Todor
October 19, 2015

The Company's terms of employment is also contingent upon your acknowledgement that you will neither use nor disclose to our Company any confidential or proprietary information obtained from a third party prior to you joining our Company; and you will comply with all applicable Company policies and professional standards of our Company, including the Accenture Code of Business Ethics and Accenture's Policies.  Your employment with Accenture is "at will," meaning it is terminable at any time by either you or Accenture.  This offer is further contingent upon the understanding that (1) your joining our Company will not violate any agreement to which you are or have been a party and that you will have obtained a satisfactory disposition of any restrictions you may have on your activities with your current or former employer(s) as determined by the Company; (2) the Company will not reimburse or hold you harmless for costs or any liability incurred in connection with a decision to accept employment with the Company; and (3) that the Company will not reimburse or hold you harmless for costs or any liability incurred in connection with any actions that may be brought by any prior employer.

The Company's offer is also contingent upon your acknowledgement that you will not use, bring or disclose to our Company any confidential or proprietary information obtained from a third party, including but not limited to any previous employer, prior to you joining our Company; and you will comply with all applicable Company policies and professional standards of our Company, including the Accenture Code of Business Ethics and Accenture's Policies.  Even if you created a particular document at a former employer, or if you believe that a document from a previous employer is not sensitive, important or confidential, you may not bring it to Accenture.  If you believe that you have a special circumstance and should have an exception to this rule, you must get an exception in writing from the third party and from Accenture before accepting this offer.  Your employment with Accenture is "at will," meaning it is terminable at any time by either you or Accenture.

As a condition of employment, you are required to maintain your primary residence at a reasonable commuting distance defined per Company policy as no further than a 90 minute commuting time from a strategic Accenture office (strategic location to be approved by your entity leadership) throughout your employment with Accenture.

In conjunction with the Acquisition, if your **current residence is already in compliance** (90 minutes commute of assigned Accenture office) you should continue to maintain a residence that is in compliance now and for any future moves. If your **current residence is considered out of compliance** (more than a 90 minute commute from assigned Accenture office), Accenture will automatically grant you an exception to this policy.

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:26:30

John J. Todor
October 19, 2015

This exception will remain in effect with the understanding that for any future moves (1) you will either stay within a reasonable distance of your current residence (40 miles), or (2) you will move to a residence that will bring you into policy compliance with an agreed to strategic location. Please note that this exception may be reviewed and reassessed as your career progresses and business needs change.

We have enclosed several documents you must review and/or sign and return: (1) Additional terms and contingencies of employment, (2) conditions of employment, (3) non-compete denial letter, (4) intellectual property agreement, and (5) an arbitration agreement, to which you will be subject. After you have read through these materials, please sign and return in their entirety copies of this letter, the Additional terms and contingencies, the conditions of employment, the intellectual property agreement and the arbitration agreement. These documents will serve as your official acceptance of terms of employment and confirm that you have read, understood and will comply with the provisions outlined.

In keeping with the US Immigration and Control Act of 1986, we are required to establish the employment authorization and identity of each person we hire. Accenture's policy is to verify this information on your first day of employment. Accenture also complies with state laws and federal regulations that require the use of the Department of Homeland Security's E-Verify system to establish employment authorization and identity. In order to comply; you will need to bring the appropriate documentation described in the attached List of Acceptable Documents on your first day of employment. **Your documentation must be original. Expired documents, copies or faxes will not be accepted.** Please be aware that E-Verify requires that if you choose to bring an identification document from "list B" on the I-9 form, it has to be a document with a photo on it.

Prior to your start date, you will receive an email from 'Human Resources' with instructions to access our secure Accenture Career Launch portal where you will prepare for your first day and complete these required actions: verify your personal profile, complete the I-9 form, enroll in direct deposit payroll, provide emergency contact info, and complete tax forms. Your email address on record is john.todor@chaoticmoon.com. If your email address changes prior to your start date, please notify Accenture so we may stay in contact.

During your employment or upon your release or resignation, you agree not to release, retain, copy or utilize in any manner any confidential, privileged, or proprietary information or property of Accenture or its clients. All discoveries, inventions, or techniques developed in the course of your employment belong to Accenture and will be disclosed and assigned to Accenture by you.

John J. Todor
October 19, 2015

**Please advise us of your decision by October 22, 2015 by 5:00 p.m. CST.**  After you have read through these materials, please electronically sign the terms of employment documents and attach your electronically signed terms of employment documents to your employee profile as indicated in the enclosed instructions so that we may ensure we have received your response. These documents will serve as your official acceptance of our terms of employment and confirm that you have read, understood and will comply with the provisions outlined.

Please contact David Soliz at david.j.soliz@accenture.com or (469) 665-6754 if you have any questions regarding your terms of employment documents or process.

Very truly yours,

Brian Whipple
Global Managing Director – Accenture Interactive

Acknowledged:

_____John J Todor_____           _____10/20/2015_____
Type Full Legal Name                  Type Date

By typing my legal name in the above, I acknowledge and agree:  (1) that I have read, understand and agree to the foregoing terms of employment, (2) that I have not altered the document by any means, (3) to submit this document electronically, and that my submission of this electronic response constitutes my electronic signature, and (4) to the electronic storage and use of this document by Accenture.

**Enclosures:**
Additional Terms and Contingencies
Conditions of Employment
Intellectual Property Agreement
US Arbitration Agreement
Non-Compete Denial Letter
Intellectual Property Agreement Frequently Asked Questions
Policy 90
I9 Documentation

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:26:30

John J. Todor
October 19, 2015

IMPORTANT:  THIS DOCUMENT MUST HAVE YOUR FULL LEGAL TYPED NAME
ENTERED IN THE "TYPE FULL LEGAL NAME" LINE IN ORDER TO BE VALID.
FAXED OR SCANNED DOCUMENTS MUST HAVE YOUR LEGAL SIGNATURE IN
PLACE OF THE TYPED NAME.

October 19, 2015

### Additional Terms and Contingencies

John J. Todor

This document serves as an addendum to your terms of employment to join Accenture
("Accenture" or the "Company").  The additional terms and contingencies of your employment
are:

SALES INCENTIVE PLAN

**Current Sale Incentive Plan**
You will continue to be eligible for your current sales incentive plan.  While participating in a
sales incentive plan, you will be ineligible for other variable pay programs at Accenture.

Acknowledged:


 John J Todor                                                 10/20/2015
Type Full Legal Name                          Type Date

By typing my legal name in the above, I acknowledge and agree:  (1) that I have read,
understand and agree to the foregoing terms of employment, (2) that I have not altered the
document by any means, (3) to submit this document electronically, and that my submission of
this electronic response constitutes my electronic signature, and (4) to the electronic storage and
use of this document by Accenture.



## INTELLECTUAL PROPERTY AGREEMENT

In consideration of my initial and/or continued status as an employee of Accenture, and, if applicable, for additional consideration, such as a salary increase and/or promotion, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I ("I" or "me") hereby agree as follows. Throughout this agreement (the "Agreement"), "Accenture" shall refer to Accenture LLP, its parent companies, its and their subsidiaries and affiliates, and other related entities.

1.  **CONFIDENTIAL INFORMATION**

    a)  "Confidential Information" shall mean all information, data, ideas, documents and other materials, in any form or medium (including oral, written, tangible, intangible or electronic) received, developed or learned in connection with my employment by Accenture relating to the past, current or future business activities or operations of Accenture or any third party to which Accenture owes a duty of confidentiality (a "Third Party"). "Confidential Information" includes, without limitation, the following types of information regarding, related to, or concerning Accenture or a Third Party: (1) finances, investments, profits, forecasts, pricing, costs or accounting; (2) products or services; (3) sales, marketing, advertising or promotions; (4) intellectual property, including but not limited to trade secrets; (5) software (in source code, object code or other form); (6) specifications, designs, inventions, databases, strategies, business methods, and results of research and development; (7) employees' and contractors' personal data or records and any plans, strategies or analyses of compensation, but it does not include my terms and conditions of employment; (8) training (including internal and client training); (9) recruiting (including recruiting tools and practices); (10) actual or potential clients (including the client identity and any details of Accenture's actual or potential work for such clients or terms of the engagement); (11) requests for proposal or tenders for work and any responses to the requests; (12) actual or potential suppliers, vendors, partners and other third parties with which Accenture has or considers having a business relationship (including the identity of any such parties and any details of Accenture's actual or proposed relationship with them); and (13) actual or potential acquisitions or dispositions of assets, entities or businesses or a part thereof. "Confidential Information" shall also include any other information or material marked as "confidential" or "proprietary" (or with a similar expression) or any other information or material which I have been told is confidential or which I could reasonably expect Accenture or a Third Party would regard as confidential.

    b)  Nonetheless, "Confidential Information" shall not include any portions of the foregoing that I can demonstrate by tangible evidence were (1) lawfully published in a form generally available to the public prior to any disclosure by me; or (2) received by me from a third party unrelated to Accenture without breach of any obligation of confidence to any person; or (3) required by law to be disclosed by me (for example, because of a court-issued subpoena), provided that I must give Accenture prompt written notice of any such requirement, disclose no more information than is so required, and cooperate fully with all efforts by Accenture to limit the volume and nature of information to be disclosed and/or obtain a protective or similar confidentiality treatment for such information.

    c)  Unless I first secure the written consent of Accenture, I (1) shall use, access or copy Confidential Information at any time only as required to perform my assigned duties for Accenture and (2) shall not disclose, communicate, share, provide access to, transfer, or otherwise make available any Confidential Information at any time, either during or after my employment by Accenture, except to partners, employees

2

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:26:30

or other authorized agents of Accenture, and solely to the extent I must do so to perform my assigned duties for Accenture.

d)   Upon the expiration or termination of my employment with Accenture for any reason (or at any earlier time at Accenture's request), (1) I shall cease and not thereafter commence any and all use of any Confidential Information and Accenture Works (as defined in Section 2(a)), and (2) I shall promptly, at Accenture's option, deliver to Accenture or destroy, delete or expunge all originals and copies of any Confidential Information in any form or medium in my possession or control (including any of the foregoing stored or located in my office or home or on a laptop, tablet computer, smartphone, storage device or any other device that is not Accenture property returned to Accenture) and shall notify and fully cooperate with Accenture regarding the delivery or destruction, deletion or expunging of any other Confidential Information of which I am aware. If, notwithstanding the foregoing, I use Confidential Information after the period of my employment by Accenture in the Creation (as defined in Section 2(a)) of any Works (as defined in Section 2(a)), either alone or with others, such Works shall constitute Accenture Works and shall be owned solely by (and are hereby assigned, transferred and conveyed to) Accenture, as described in Section 2(a).

e)   Nothing in this Agreement is intended to prohibit me (with or without notice to Accenture) from reporting violations of U.S. federal or state laws or regulations to a relevant government agency or from making disclosures that are protected under U.S. federal and state whistleblower laws and regulations.

2.  **INTELLECTUAL PROPERTY**

a)   I agree that any works of authorship, materials, documents, ideas, inventions, discoveries, or other intellectual property or work product (including, without limitation, software, designs, databases, systems, applications, presentations, training materials, reports, results of research or development, textual works, content, artwork, graphics or audiovisual materials) ("Works") that (1) I create, design, develop, contribute to, improve, conceive, reduce to practice, invent or discover ("Create") or have already Created, either alone or with others, at any time during the period of my employment by Accenture and (2) are or were within the scope of my employment and/or Created with the use of any equipment, supplies, facilities or other resources, trade secrets or other Confidential Information of Accenture ("Accenture Works") are and shall be owned solely by Accenture. I shall promptly and fully disclose all Accenture Works to Accenture. I hereby irrevocably assign, transfer and convey all Accenture Works, and all rights, title and interests in and to the Accenture Works (including patents, copyrights, trademarks, trade secrets and other intellectual property rights and all rights, if any, under other laws), to the Accenture entity that employs me or such other entity as Accenture shall designate, to the extent ownership of the Accenture Works and any such rights, title and interest do not vest originally in Accenture.

b)   The assignment in Section 2(a) shall not apply to the extent the requirement to assign would be inconsistent with applicable state law. I acknowledge that, if I am a resident of or otherwise subject to the laws of any of those states, I may be subject to the protections of that state's statutes. Certain states require that I be notified of their statutes on the assignment of inventions, as set forth in Exhibit B.

c)   If I have Created any Works prior to my employment by Accenture that are relevant to or implicated by my development or other work at Accenture ("Prior Works"), I have disclosed the Prior Works on Exhibit A. I agree that I will not incorporate any portion of any Prior Works into, or use any Prior Works in connection with, any development or other work I may undertake as part of my employment at Accenture. If, notwithstanding the foregoing, I should incorporate or use any Prior Works in any development or other work as part of my employment at Accenture, I hereby grant to Accenture (and its designees) a perpetual, irrevocable, non-exclusive, royalty-free, worldwide, assignable, sublicensable (through multiple layers) license under all intellectual property and other rights (including patents, copyrights, trademarks and trade secrets) in any such Prior Works for all purposes in connection with Accenture's current and future business.

d) I shall promptly and fully disclose to Accenture any and all Works Created by me that are relevant to or implicated by my work at Accenture together with any information reasonably requested by Accenture to determine whether the Works are Accenture Works. I shall have the burden of proving that any Works Created by me that are relevant to or implicated by my work at Accenture are not Accenture Works.

e) I agree to maintain any type or form of records, execute any further documents and take any further actions requested by Accenture to assist it in validating, effectuating, maintaining, protecting, enforcing, assigning, perfecting, recording, patenting or registering any Accenture Works or related intellectual property rights. In anticipation of the possibility that I may be unable or unavailable to execute a document or take any action for any reason, I irrevocably designate and appoint Accenture and each of its duly authorized agents or designees as my agent and attorney-in-fact, to act on my behalf in all applicable instances, including in relation to any government authorities or agencies.

3. **COMPLIANCE**

a) Except as set forth on Exhibit A, no agreements, commitments or other understandings of any kind (including any with former employers) will affect my ability to comply with the terms and conditions of this Agreement or to perform my duties for Accenture.

b) I shall not improperly use for the benefit of, bring to any premises of, or disclose, communicate, share, provide access to, transfer or otherwise make available to Accenture any intellectual property, trade secrets or confidential, proprietary, or other non-public information or documents (regardless of the media on which such information or documents is contained) of or relating to a former employer or contractor or other third party without the prior written permission of such third party. I shall indemnify, hold harmless and (at Accenture's request) defend Accenture and its partners, officers, directors, employees and other representatives from any breach (or claim that if true would be a breach) of the foregoing covenant. I agree that Accenture may present a copy of this Agreement to any of my subsequent or prospective employers.

c) I shall comply with all relevant policies and guidelines of Accenture, including those contained in the Accenture policies database, regarding the protection of Confidential Information and intellectual property. I acknowledge that Accenture may amend any such policies and guidelines from time to time, and that I remain at all times bound by their most current version. I understand that if any current or future policies or guidelines of Accenture applicable to me are inconsistent with the terms of this Agreement, the terms of this Agreement shall control.

4. **MISCELLANEOUS**

a) I agree that any material breach by me of this Agreement shall be grounds for termination of my employment by Accenture. Nothing in this Agreement (including the foregoing) is intended to alter the status of my employment by Accenture, which I acknowledge and agree is and shall remain at-will. I agree that this Agreement is neither a contract of employment nor an indication of continued employment at Accenture.

b) I agree that any material breach by me of this Agreement would irreparably harm the business of Accenture, for which Accenture would not have an adequate remedy at law. Therefore, in the event of any actual or threatened breach of this Agreement, Accenture may obtain injunctive and other relief from any court of competent jurisdiction to prevent or stop the breach, without the posting of bond or other security, in addition to whatever other remedies Accenture may have.

c) If any provision of this Agreement shall be held or declared to be illegal, invalid or unenforceable, such provision shall not affect any other provision of this Agreement, and the remainder of this Agreement shall continue in full force and effect as though such provision had not been contained herein. If the scope of any provision in this Agreement is held or declared to be too broad to permit its full enforcement, I consent to judicial modification of such provision and enforcement to the maximum extent permitted by law.

4

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:26:30

d)  Except as provided in Section 4(c), this Agreement may be amended only by a written instrument explicitly referencing this Agreement and signed by Accenture and me.

e)  This Agreement contains the entire agreement between Accenture and me with respect to the subject matter hereof and supersedes any previous understandings or agreements, whether written or oral, regarding such subject matter.  Notwithstanding the foregoing, if I have previously entered into any written agreements with Accenture (including a predecessor of Accenture) relating to non-disclosure or non-use by me of information and materials not covered by this Agreement, or the license to Accenture or its designees of intellectual property not covered by this Agreement, such agreements shall remain in full force and effect. Nonetheless, in the event of any conflict between the terms of this Agreement and those of any such previous agreements, the terms of this Agreement shall control.

f)  This Agreement shall survive and be fully enforceable by Accenture after the expiration or termination of my employment for any reason.

g)  The failure of either Accenture or me at any time to require performance of any provision of this Agreement shall in no manner affect Accenture's or my right at a later time to enforce same.  No waiver by Accenture or me of the breach of any term of this Agreement, whether by conduct or otherwise, shall be deemed to be or construed as a further or continuing waiver of any such breach or the breach of any other term of this Agreement.

h)  This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to its conflict of law rules.

i)  I have not relied on any representations or warranties (express or implied) about the subject matter of this Agreement, except as expressly set forth in this Agreement. I acknowledge that I have entered into this Agreement freely and voluntarily and based on my own judgment.

* * *

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:26:30

**EXHIBIT A TO INTELLECTUAL PROPERTY AGREEMENT**

**Third Party Agreements and Prior Works:**

_____

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:26:30

**EXHIBIT B TO INTELLECTUAL PROPERTY AGREEMENT**

**State Statutes Regarding Employee Inventions**

### CALIFORNIA

An agreement to assign does not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities, or trade secret information except for those inventions that either: (1) relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer; or (2) result from any work performed by the employee for the employer.

### ILLINOIS

An agreement to assign does not apply to an invention for which no equipment, supplies, facility, or trade secret information of the employer was used and which was developed entirely on the employee's own time, unless (a) the invention relates (i) to the business of the employer, or (ii) to the employer's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by the employee for the employer.

### KANSAS

An agreement to assign does not apply to an invention for which no equipment, supplies, facility or trade secret information of the employer was used and which was developed entirely on the employee's own time, unless: (1) the invention relates directly to the business of the employer or to the employer's actual or demonstrably anticipated research or development; or (2) the invention results from any work performed by the employee for the employer.

### MINNESOTA

An agreement to assign does not apply to an invention for which no equipment, supplies, facility or trade secret information of the employer was used and which was developed entirely on the employee's own time, and (1) which does not relate (a) directly to the business of the employer or (b) to the employer's actual or demonstrably anticipated research or development, or (2) which does not result from any work performed by the employee for the employer.

### WASHINGTON

An agreement to assign does not apply to an invention for which no equipment, supplies, facility, or trade secret information of the employer was used and which was developed entirely on the employee's own time, unless (a) the invention relates (i) directly to the business of the employer, or (ii) to the employer's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by the employee for the employer.

7

# SIGNATURE PAGE

**ACCEPTED:**
ACCENTURE LLP


Larry F. Solomon
North America Operating Officer


INTENDING TO BE LEGALLY BOUND HEREBY, I have executed this Agreement on the date below.

**EMPLOYEE:**

Acknowledged:


_____John J Todor_____          _____10/20/2015_____
Type Full Legal Name                    Type Date

By typing my legal name in the above, I acknowledge and agree: (1) that I have read, understand and agree to the foregoing Intellectual Property Agreement (2) that I have not altered the document by any means, (3) to submit this document electronically, and that my submission of this electronic response constitutes my electronic signature, and (4) to the electronic storage and use of this document by Accenture.

**CONDITIONS OF EMPLOYMENT**

Accenture's two greatest assets are its people and its clients. We are committed to hiring the best and our investment in developing our personnel is second to none. As part of Accenture's commitment, you will be receiving Accenture's Confidential Information. Given our commitment, we must protect this investment and Accenture's Confidential Information so that we can provide our people the opportunity for growth and success. Employment with Accenture is At Will. This means that your employment is terminable at any time, for any reason, by either you or Accenture. Today, there is an increased risk of losing clients or our investment in our people whenever one of our employees leaves Accenture. Recognizing these business realities, we have adopted the following policies:

1.      **For residents of all U.S. states except California and Virginia:**

If you leave Accenture, for 12 months after release or resignation, you agree not to, directly or indirectly, perform professional services within the territory for, or solicit for the purpose of performing professional services for:

(a)      any client of Accenture for whom you performed professional services during the 18 months prior to release or resignation; and

(b)      any prospective client of Accenture, "prospective client of Accenture" is defined as any person or entity to which you submitted a proposal or concerning which you assisted in the preparation or submission of a proposal during the 18 months prior to release or resignation.

For the purposes of this agreement, "professional services" means services that are the same or substantially similar to the services you provided during the last 18 months at Accenture. For purposes of this agreement, "territory" means the territory or territories within which you actually worked, or within which there was a client to whom you provided services.

This does not prohibit you from accepting employment with any client of Accenture.

During your employment with Accenture and for 12 months thereafter, you agree not to (a) directly or indirectly, recruit, solicit or otherwise induce any Accenture employee or any Accenture contractor to end their relationship with Accenture or (b) interfere with the performance by any such persons of their duties for Accenture.

2.      **For residents of California:**

During the period of your employment with Accenture through the expiration of the 12 months following termination of your employment with Accenture, you will not, directly or indirectly, whether for yourself or for any other individual or entity, intentionally solicit, induce or otherwise attempt to influence any person who Accenture employs, or any Accenture contractor, to leave the employ of or discontinue providing services to Accenture, provided, however, that this restriction will not apply in the case of any clerical employee of Accenture.

3.      **For residents of Virginia:**

If you leave Accenture, for 12 months after release or resignation, you agree not to, directly or indirectly, perform professional services within the territory for, or solicit for the purpose of performing professional services for:

(a)      any client of Accenture for whom you performed professional services during the 18 months prior to release or resignation; and

(b)      any prospective client of Accenture, "prospective client of Accenture" is defined as any person or entity to which you submitted a proposal or concerning which you assisted in the preparation or submission of a proposal during the 18 months prior to release or resignation.

For the purposes of this agreement, "professional services" means services that are the same or substantially similar to the services you provided during the last 18 months at Accenture. For purposes of this agreement, "territory" means the territory or territories within which you actually worked, or within which there was a client to whom you provided services.

This does not prohibit you from accepting employment with any client of Accenture.

During your employment with Accenture and for a period of 12 months thereafter, you will not, nor will you assist any third party to, directly or indirectly: (a) raid, hire, solicit, or attempt to persuade any employee or contractor of Accenture to leave the employ of or terminate a relationship with Accenture and to perform the same or substantially similar services as the employee or contractor performed while at Accenture; (b) interfere with the performance by any such persons of their duties for Accenture; or (c) communicate with any such persons for the purposes described in items (a) and (b) in this paragraph.

4.      **For residents of all U.S. states:**

As used in this document, "Accenture" refers to all Accenture entities, including Accenture Plc, Accenture LLP, Accenture Federal Services, as well as any affiliates, parent companies, subsidiaries, successors or assigns to any Accenture entity.

As used in this document, "Confidential Information" shall have the meaning defined in the Intellectual Property Agreement.

You acknowledge that by entering into this agreement, you have not relied on any representations or warranties (express or implied) about its subject matter, except as provided in this agreement. You acknowledge that you have entered into this agreement freely and voluntarily and based on your own judgment.

This agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to its conflict of law principles.

If any provision of this agreement is found to be unenforceable, in whole or in part, then that provision will be eliminated, modified or restricted in whatever manner is necessary to make the provision and/or the remaining provisions enforceable to the maximum extent allowable by law.

You acknowledge and agree that any breach of this agreement will cause serious and irreparable harm to Accenture.

It is not our intent to unreasonably limit your ability to pursue your professional career if you leave the company. The provisions above are limited to preserving our people and our clients.

Acknowledged:


____John J Todor_____                    _____10/20/2015_____
Type Full Legal Name                    Type Date

By typing my legal name in the above, I acknowledge and agree: (1) that I have read, understand and agree to the foregoing Intellectual Property Agreement (2) that I have not altered the document by any means, (3) to submit this document electronically, and that my submission of this electronic response constitutes my electronic signature, and (4) to the electronic storage and use of this document by Accenture.

10