# COMPOSITE EXHIBIT F

**Defendants' Policies Acknowledgment Forms**

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:29:03

SilkRoad Onboarding - US HR Policies Acknowledgement Form                                    Page 1 of 1

**HR Policies Acknowledgement Form**

accenture

Personnel Number: 11197329

Name: Boudria                        Marc
                Last                        First                        Middle

I understand that by typing my full name and saving this form that I am electronically signing this document and that by doing so, that I acknowledge, agree and attest under penalty of perjury that the information provided on this form is true and correct. I also understand that my electronic signature carries the same legal effect and enforceability as my handwritten signature.

Signature:  Marc Boudria (Electronically Signed)                        Date:    11/30/2015

[Cancel] [Print]

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:33:06

SilkRoad Onboarding - US HR Policies Acknowledgement Form

## HR Policies Acknowledgement Form

accenture

Personnel Number: 11194018

Name: McIntyre                    Ross                    A
        Last                       First                  Middle

I understand that by typing my full name and saving this form that I am electronically signing this document and that by doing so, that I acknowledge, agree and attest under penalty of perjury that the information provided on this form is true and correct. I also understand that my electronic signature carries the same legal effect and enforceability as my handwritten signature.

Signature: Ross A McIntyre (Electronically Signed)                Date:    11/18/2015

Cancel  Print

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:31:00

SilkRoad Onboarding - US HR Policies Acknowledgement Form                    Page 1 of 1

## HR Policies Acknowledgement Form

accenture

Personnel Number: 11194117

Name: Murray                    Matthew                    L
              Last                          First                          Middle

☐   I understand that by typing my full name and saving this form that I am electronically signing this document and that by doing so, that I acknowledge, agree and attest under penalty of perjury that the information provided on this form is true and correct. I also understand that my electronic signature carries the same legal effect and enforceability as my handwritten signature.

Signature: Matthew L Murray (Electronically Signed)                    Date:    11/13/2015

[Cancel] [Print]

Printed by Rubeena Afroz from aconso Personnel File on 09/08/2017 21:26:30

SilkRoad Onboarding - US HR Policies Acknowledgement Form                    Page 1 of 1

**HR Policies Acknowledgement Form**

accenture

Personnel Number: 11194000

Name: Todor                    John

       Last                    First                    Middle

I understand that by typing my full name and saving this form that I am electronically signing this document and that by doing so, that I acknowledge, agree and attest under penalty of perjury that the information provided on this form is true and correct. I also understand that my electronic signature carries the same legal effect and enforceability as my handwritten signature.

Signature: John Todor (Electronically Signed)                    Date:    11/10/2015

Cancel  Print