## VERIFICATION

I, Andrew Falcon, make this declaration pursuant to 28 U.S.C. § 1746 and under penalty of perjury. I am employed by Accenture LLP as the General Manager for Fjord North America. In this role, I oversee Fjord's operations throughout North America, including Fjord's Austin operations and have regular access to relevant business records maintained in the ordinary course of business. I also have familiarity with the Defendants and with the Chaotic Moon acquisition, as well as its team and operations. I have read the foregoing Verified Complaint and know the contents thereof. The factual matters and things set forth in paragraphs 1-65, 108, 112-122, and 124-181 therein are true to the best of my knowledge based on information and documents currently available to me and deemed reliable by me after reasonable inquiry, except as to those matters set forth upon information and belief and, as to those, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Andrew Falcon