**BOULETTE GOLDEN**
**& MARIN L.L.P.**

**BOULETTE GOLDEN & MARIN L.L.P.**
2801 VIA FORTUNA, STE 530
AUSTIN, TEXAS 78746
(512) 732-8900 - MAIN
(512) 732-8905 – FAX
www.boulettegolden.com

**Michael J. Golden**
(512) 732-8902 – Direct
mike@boulettegolden.com

*Board Certified in Labor & Employment Law
by the Texas Board of Legal Specialization*

November 8, 2017

**VIA CM/ECF**

U.S. District Court Clerk
Western District of Texas, Austin Division
501 West 5th Street, Suite 100
Austin, TX 78701

   Re: *Accenture LLP v. Marc A. Boudria, et al.*;
     Civil Action No. 1:17-cv-1013

Dear Clerk of the Court:

  I will be on vacation from December 15 through December 22, 2017. As counsel for Defendants, I ask that you not set any matters for hearing or trial during this period.

  By copy of this letter, I am notifying all counsel for Plaintiff and request they consider my unavailability prior to filing any motions or making any requests that would require a responsive pleading or attendance during this period.

  Thank you for your consideration in this regard.

       Very truly yours,

       Michael J. Golden
       Partner
       Boulette Golden & Marin L.L.P.

November 8, 2017
Page 2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via the Court's ECF system on this 8th day of November 2017 as follows:

Benjamin M. Ostrander (*admitted pro hac vice)*
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
312.558.5600
312.558.5700 – facsimile

Daniel J. Fazio (*admitted pro hac vice)*
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
312.558.5600
312.558.5700 – facsimile

Michael P. Roche (*admitted pro hac vice)*
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
312.558.5600
312.558.5700 – facsimile

Sheryl A. Falk (*admitted pro hac vice)*
sfalk@winston.com
Winston & Strawn LLP
1111 Louisiana St., 25th Floor
Houston, TX 77002
713.651.2600
713.651.2700 - facsimile

Steven A. Fleckman
fleckman@fleckman.com
Fleckman & McGlynn, PLLC
515 Congress Ave., #1800
Austin, TX 78701-3503
512.476.7900
512.476.7644 – facsimile

Erin C. Villasenor
evillasenor@winston.com
Winston & Strawn LLP
1111 Louisiana St., 25th Floor
Houston, TX 77002
713.651.2600
713.651.2700 - facsimile

ATTORNEYS FOR PLAINTIFFS

*/s/ Michael J. Golden*
Counsel for Defendants