IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ACCENTURE LLP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Civil Action No.  1:17-CV-1013-SS |
| MARC A. BOUDRIA, ROSS A. MCINTYRE, | § | |
| MATTHEW L. MURRAY, and JOHN J. | § | |
| TODOR, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON DEFENDANTS' RULE 12(B)(6) PARTIAL MOTION TO DISMISS

Before the Court is Defendants Marc Boudria, Ross McIntyre, Matthew Murray, and John

Todor's Rule 12(b)(6) Partial Motion to Dismiss.  The Court, having reviewed the pleadings and

documents in this case, and having considered the arguments of counsel, is of the option that the

Motion should be and is hereby GRANTED.

The Court hereby ORDERS:  Plaintiff's claims for Misappropriation of Trade Secrets in

violation of the Defend Trade Secrets Act (Count One) and the Texas Uniform Trade Secrets Act

(Count Two) are DISMISSED WITH PREJUDICE.  Furthermore, Plaintiff's claims for Breach of

Fiduciary Duty (Count 5) and Civil Conspiracy (Count 6) are DISMISSED WITH PREJUDICE.

SIGNED this _____ day of November 2017.

 

 

_____
THE HONORABLE SAM SPARKS
U.S. DISTRICT COURT JUDGE