# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| ACCENTURE LLP | § | |
| | § | CIVIL NO: |
| vs. | § | AU:17-CV-01013-SS |
| | § | |
| MARC A. BOUDRIA | § | |

## ORDER CANCELLING SETTING

IT IS HEREBY ORDERED that the hearing for **PRELIMINARY INJUNCTION HEARING** on **Thursday, November 30, 2017 at 10:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 20th day of November, 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE