**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| ACCENTURE LLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-01013 |
| | ) |
| MARC A. BOUDRIA; ROSS A. MCINTYRE; | ) Judge Sam Sparks |
| MATTHEW L. MURRAY; and JOHN J. TODOR, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF AGREED EXTENSION OF PLAINTIFF'S TIME TO RESPOND
TO DEFENDANTS' RULE 12(b)(6) PARTIAL MOTION TO DISMISS**

PLEASE TAKE NOTICE:

1.      On October 24, 2017, Plaintiff filed its Verified Complaint for Injunctive and Other Relief (R. 1) in this action.

2.      On November 14, 2017, Defendants filed a Rule 12(b)(6) Partial Motion to Dismiss ("Motion") (R. 37).

3.      Pursuant to Rule CV-7(e)(2), Plaintiff's response to Defendants' Motion would have been due on or before November 28, 2017.

4.      The Parties have agreed, through their respective counsel, to extend Plaintiff's time to respond to Defendants' Motion by one week, with such response now due on or before December 5, 2017.

Dated: November 22, 2017              Respectfully submitted,

                                                          ACCENTURE LLP


                                                          By: /s/ Benjamin M. Ostrander
                                                              One of Its Attorneys


1

Steve Fleckman
FLECKMAN & MCGLYNN, PLLC
515 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 476-7900
Facsimile: (512) 476-7644
fleckman@fleckman.com

Sheryl A. Falk
Erin C. Villaseñor
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
sfalk@wintson.com
evillasenor@winston.com

Michael P. Roche (*admitted pro hac vice*)
Daniel J. Fazio (*admitted pro hac vice*)
Benjamin M. Ostrander (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
mroche@winston.com
dfazio@winston.com
bostrander@winston.com

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon counsel of record for Defendants via the Court's ECF system on this 22nd day of November 2017 as follows:

Michael J. Golden
BOULETTE GOLDEN & MARIN LLP
2801 Via Fortuna, Suite 530
Austin, TX  78746
mike@boulettegolden.com


By: /s/ Benjamin M. Ostrander
Counsel for Plaintiff