**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ACCENTURE LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-01013-SS |
| | ) | |
| MARC A. BOUDRIA; ROSS A. MCINTYRE; | ) | Judge Sam Sparks |
| MATTHEW L. MURRAY; and JOHN J. TODOR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT REPORT ON RULE 26(f) CONFERENCE AND DISCOVERY PLAN**

Plaintiff Accenture LLP and Defendants Marc A. Boudria, Ross A. McIntyre, Matthew L. Murray, and John J. Todor (collectively, the "Parties") submit the following Report and Discovery Plan:

1.      Counsel for the Parties conducted their Rule 26(f) conference on November 22, 2017.

2.      The Parties have agreed that their respective Rule 26(a)(1) Initial Disclosures will be served on or before January 31, 2018.

3.      The Parties expect to seek discovery on the merits of Plaintiff's claims and Defendants' defenses and Plaintiff's alleged damages and Defendants' defenses thereto.

4.      The Parties have discussed the preservation and production of electronically stored information.  The Parties will continue to confer on issues pertaining to electronically stored information.

5.      The Parties do not request any modification to the generally applicable discovery rules.

1

6.      The Parties have agreed on deadlines required and have filed their joint Proposed Scheduling Order simultaneously herewith.   The Parties have agreed that discovery should be completed within the timeframes established in their joint Proposed Scheduling Order.

Dated:  December 26, 2017

By: /s/ *Michael P. Roche*

Steve Fleckman
FLECKMAN & MCGLYNN, PLLC
515 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 476-7900
Facsimile: (512) 476-7644
fleckman@fleckman.com

Sheryl A. Falk
Erin C. Villaseñor
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
sfalk@wintson.com
evillasenor@winston.com

Michael P. Roche (*admitted pro hac vice*)
Daniel J. Fazio (*admitted pro hac vice*)
Benjamin M. Ostrander (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
mroche@winston.com
dfazio@winston.com
bostrander@winston.com

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

By: /s/ *Michael J. Golden*

Michael J. Golden
BOULETTE GOLDEN & MARIN, L.L.P.
2801 Via Fortuna, Suite 530
Austin, TX 78746
Telephone: (512) 732-8902
Facsimile: (512) 732-8905
mike@boulettegolden.com

**ATTORNEYS FOR DEFENDANTS**

2