### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

ACCENTURE LLP

-vs-

MARC A. BOUDRIA; ROSS A. MCINTYRE;
MATTHEW L. MURRAY; and JOHN J. TODOR

Case No.:    1:17-cv-01013-SS

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure

73, and the Local Rules of the United States District Court for the Western District of Texas, the

following party: _____ Accenture LLP _____

through counsel: _____ Michael P. Roche _____

hereby (select one):

(■)    consents to having a United States Magistrate Judge preside over the trial in this case.

(□)    declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

/s/ Michael P. Roche _____

Attorney for:
Accenture LLP _____

- 4 -

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing has been served upon counsel of record for Defendants via the Court's ECF system on this 12th day of January 2018 as follows:

Michael J. Golden
BOULETTE GOLDEN & MARIN LLP
2801 Via Fortuna, Suite 530
Austin, TX  78746
mike@boulettegolden.com


By: /s/ Michael P. Roche
Counsel for Plaintiff