# Composite Exhibit 2



**WINSTON & STRAWN** LLP    North America  Europe  Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

MICHAEL P. ROCHE
Partner
(312) 558-7508
mroche@winston.com

October 24, 2017

**VIA EMAIL**
Mr. Marc A. Boudria
abstractamcr@gmail.com

      **Re:    DUTY TO PRESERVE EVIDENCE**
            *Accenture LLP v. Marc A. Boudria, et al.*, **Case No. 1:17-cv-01013**

Dear Mr. Boudria:

We represent Accenture LLP ("Accenture"). On behalf of Accenture, we initiated an action against you today in the United States District Court for the Western District of Texas, Austin Division, arising out of your violations of your contractual and legal duties to Accenture. Also named in this action are Ross A. McIntyre, Matthew L. Murray, and John J. Todor. A copy of the Verified Complaint is enclosed for your reference.

**Please take notice that the Court has set a hearing on all pending motions in this matter for October 25, 2017, at 2:30 p.m.,** in Courtroom No. 2, United States Courthouse, 501 West Fifth Street, Austin, Texas. A copy of the Court's Order is enclosed for your reference. The pending motions before the Court are Accenture's: (1) Application for Temporary Restraining Order; (2) Motion for Expedited Discovery; (3) Motion for Entry of Protective Order; and (4) Motions for Admission *Pro Hac Vice*. Copies of these motions are also enclosed for your reference.

The purpose of this letter is to also notify you of your obligation to preserve, and not to destroy, any documents, data, or electronic files, including emails and text messages, relating in any way to the matters raised in the enclosed Complaint, including any such documents, data, or electronic files containing or constituting Accenture's confidential, proprietary, and/or trade secret information, or otherwise relating to Accenture, HyperGiant, to your solicitation of Accenture clients or employees, or to your recruitment by and employment with HyperGiant and its principals (including, without limitation, Benjamin E. Lamm, John C. Fremont, and Will A. Womble). All such records must be maintained in their current form, and must not be altered or modified in any manner.

Consistent with these obligations, you must immediately suspend deletion, overwriting, or any other possible destruction of such information. This includes, but is not limited to: email and other electronic communications; computer files and documents; databases; calendars; telephone logs; internet usage files; application and other online data; offline storage or information stored on removable media; information contained on laptops, mobile devices, or other portable electronic devices, including USBs and hard drives; and network access information. Specifically, and without limiting the foregoing, you



must immediately take all steps necessary to ensure that your personal email accounts, online applications, and personal cloud storage accounts are preserved and that no data in such accounts is deleted or altered in any way.

This letter is without prejudice, and Accenture reserves all of its rights and remedies.

Sincerely,

Michael P. Roche

Enclosures



WINSTON
&STRAWN
LLP

North America   Europe   Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**MICHAEL P. ROCHE**
Partner
(312) 558-7508
mroche@winston.com

October 24, 2017

**VIA EMAIL**
Mr. Ross A. McIntyre
mcintyre808@gmail.com

Re:   **DUTY TO PRESERVE EVIDENCE**
*Accenture LLP v. Marc A. Boudria, et al.*, **Case No. 1:17-cv-01013**

Dear Mr. McIntyre:

We represent Accenture LLP ("Accenture"). On behalf of Accenture, we initiated an action against you today in the United States District Court for the Western District of Texas, Austin Division, arising out of your violations of your contractual and legal duties to Accenture. Also named in this action are Marc A. Boudria, Matthew L. Murray, and John J. Todor. A copy of the Verified Complaint is enclosed for your reference.

**Please take notice that the Court has set a hearing on all pending motions in this matter for October 25, 2017, at 2:30 p.m.**, in Courtroom No. 2, United States Courthouse, 501 West Fifth Street, Austin, Texas. A copy of the Court's Order is enclosed for your reference. The pending motions before the Court are Accenture's: (1) Application for Temporary Restraining Order; (2) Motion for Expedited Discovery; (3) Motion for Entry of Protective Order; and (4) Motions for Admission *Pro Hac Vice*. Copies of these motions are also enclosed for your reference.

The purpose of this letter is to also notify you of your obligation to preserve, and not to destroy, any documents, data, or electronic files, including emails and text messages, relating in any way to the matters raised in the enclosed Complaint, including any such documents, data, or electronic files containing or constituting Accenture's confidential, proprietary, and/or trade secret information, or otherwise relating to Accenture, HyperGiant, to your solicitation of Accenture clients or employees, or to your recruitment by and employment with HyperGiant and its principals (including, without limitation, Benjamin E. Lamm, John C. Fremont, and Will A. Womble). All such records must be maintained in their current form, and must not be altered or modified in any manner.

Consistent with these obligations, you must immediately suspend deletion, overwriting, or any other possible destruction of such information. This includes, but is not limited to: email and other electronic communications; computer files and documents; databases; calendars; telephone logs; internet usage files; application and other online data; offline storage or information stored on removable media; information contained on laptops, mobile devices, or other portable electronic devices, including USBs and hard drives; and network access information. Specifically, and without limiting the foregoing, you



must immediately take all steps necessary to ensure that your personal email accounts, online applications, and personal cloud storage accounts are preserved and that no data in such accounts is deleted or altered in any way.

This letter is without prejudice, and Accenture reserves all of its rights and remedies.

Sincerely,

Michael P. Roche

Enclosures



WINSTON
&STRAWN
LLP.

North America  Europe  Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**MICHAEL P. ROCHE**
Partner
(312) 558-7508
mroche@winston.com

October 24, 2017

**VIA EMAIL**
Mr. Matthew L. Murray
mattanimation@gmail.com

Re:    **DUTY TO PRESERVE EVIDENCE**
       *Accenture LLP v. Marc A. Boudria, et al.*, **Case No. 1:17-cv-01013**

Dear Mr. Murray:

We represent Accenture LLP ("Accenture"). On behalf of Accenture, we initiated an action against you today in the United States District Court for the Western District of Texas, Austin Division, arising out of your violations of your contractual and legal duties to Accenture. Also named in this action are Marc A. Boudria, Ross A. McIntyre, and John J. Todor. A copy of the Verified Complaint is enclosed for your reference.

**Please take notice that the Court has set a hearing on all pending motions in this matter for October 25, 2017, at 2:30 p.m.**, in Courtroom No. 2, United States Courthouse, 501 West Fifth Street, Austin, Texas. A copy of the Court's Order is enclosed for your reference. The pending motions before the Court are Accenture's: (1) Application for Temporary Restraining Order; (2) Motion for Expedited Discovery; (3) Motion for Entry of Protective Order; and (4) Motions for Admission *Pro Hac Vice*. Copies of these motions are also enclosed for your reference.

The purpose of this letter is to also notify you of your obligation to preserve, and not to destroy, any documents, data, or electronic files, including emails and text messages, relating in any way to the matters raised in the enclosed Complaint, including any such documents, data, or electronic files containing or constituting Accenture's confidential, proprietary, and/or trade secret information, or otherwise relating to Accenture, HyperGiant, to your solicitation of Accenture clients or employees, or to your recruitment by and employment with HyperGiant and its principals (including, without limitation, Benjamin E. Lamm, John C. Fremont, and Will A. Womble). All such records must be maintained in their current form, and must not be altered or modified in any manner.

Consistent with these obligations, you must immediately suspend deletion, overwriting, or any other possible destruction of such information. This includes, but is not limited to: email and other electronic communications; computer files and documents; databases; calendars; telephone logs; internet usage files; application and other online data; offline storage or information stored on removable media; information contained on laptops, mobile devices, or other portable electronic devices, including USBs and hard drives; and network access information. Specifically, and without limiting the foregoing, you



must immediately take all steps necessary to ensure that your personal email accounts, online applications, and personal cloud storage accounts are preserved and that no data in such accounts is deleted or altered in any way.

This letter is without prejudice, and Accenture reserves all of its rights and remedies.

Sincerely,

Michael P. Roche

Enclosures



WINSTON
&STRAWN
LLP

North America   Europe   Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700


MICHAEL P. ROCHE
Partner
(312) 558-7508
mroche@winston.com

October 24, 2017

**VIA EMAIL**
Mr. John J. Todor
john.todor@gmail.com
todor@hypergiant.com

Re:    **DUTY TO PRESERVE EVIDENCE**
       *Accenture LLP v. Marc A. Boudria, et al.*, **Case No. 1:17-cv-01013**

Dear Mr. Todor:

We represent Accenture LLP ("Accenture"). On behalf of Accenture, we initiated an action against you today in the United States District Court for the Western District of Texas, Austin Division, arising out of your violations of your contractual and legal duties to Accenture. Also named in this action are Marc A. Boudria, Ross A. McIntyre, and Matthew L. Murray. A copy of the Verified Complaint is enclosed for your reference.

**Please take notice that the Court has set a hearing on all pending motions in this matter for October 25, 2017, at 2:30 p.m.**, in Courtroom No. 2, United States Courthouse, 501 West Fifth Street, Austin, Texas. A copy of the Court's Order is enclosed for your reference. The pending motions before the Court are Accenture's: (1) Application for Temporary Restraining Order; (2) Motion for Expedited Discovery; (3) Motion for Entry of Protective Order; and (4) Motions for Admission *Pro Hac Vice*. Copies of these motions are also enclosed for your reference.

The purpose of this letter is to also notify you of your obligation to preserve, and not to destroy, any documents, data, or electronic files, including emails and text messages, relating in any way to the matters raised in the enclosed Complaint, including any such documents, data, or electronic files containing or constituting Accenture's confidential, proprietary, and/or trade secret information, or otherwise relating to Accenture, HyperGiant, to your solicitation of Accenture clients or employees, or to your recruitment by and employment with HyperGiant and its principals (including, without limitation, Benjamin E. Lamm, John C. Fremont, and Will A. Womble). All such records must be maintained in their current form, and must not be altered or modified in any manner.

Consistent with these obligations, you must immediately suspend deletion, overwriting, or any other possible destruction of such information. This includes, but is not limited to: email and other electronic communications; computer files and documents; databases; calendars; telephone logs; internet usage files; application and other online data; offline storage or information stored on removable media; information contained on laptops, mobile devices, or other portable electronic devices, including USBs



John J. Todor
October 24, 2017
Page 2

and hard drives; and network access information. Specifically, and without limiting the foregoing, you must immediately take all steps necessary to ensure that your personal email accounts, online applications, and personal cloud storage accounts are preserved and that no data in such accounts is deleted or altered in any way.

This letter is without prejudice, and Accenture reserves all of its rights and remedies.

Sincerely,

Michael P. Roche

Enclosures