**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| ACCENTURE LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-01013-SS |
| | ) | |
| MARC A. BOUDRIA; ROSS A. MCINTYRE; | ) | Judge Sam Sparks |
| MATTHEW L. MURRAY; and JOHN J. TODOR, | ) | |
| | ) | Magistrate Judge Mark Lane |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DISCOVERY AND
TO CONTINUE THE PRELIMINARY INJUNCTION HEARING**

This matter having come before the Court on Plaintiff Accenture LLP's ("Accenture")

Motion to Compel Discovery Relating to Defendants' Spoliation of Evidence and Request for

Expedited Consideration of its Motion to Continue the Preliminary Injunction Hearing Pending

Such Discovery (R. 61), and the Court being fully advised and with good cause, Plaintiff's Motion

is GRANTED and IT IS HEREBY ORDERED that:

(a)     Within two (2) days of entry of this Order, Defendants shall produce to Accenture

for forensic inspection the images of Defendants' electronic storage devices and cloud storage

accounts that are currently in possession of Defendants' forensics expert, Flashback Data;

(b)     Defendants shall sit for continued depositions so that Accenture may examine

Defendants with respect to their spoliation and preservation efforts.  Such depositions shall occur

at mutually agreed times;

(c)     Within two (2) days of entry of this Order, Defendant Boudria shall produce the

following electronic storage devices and cloud storage accounts to Accenture for forensic

inspection: (i) his Mac computer referenced in Plaintiff's Motion, (ii) his email account

1

nautreluvr@hotmail.com, (iii) his email account abstractamcr@gmail.com, (iv) his GitHub account, (v) his GoogleDrive account, (vi) the Kingston External Storage Device that had been connected to Mr. Boudria's Accenture computer, and (vii) the USB20FD External Storage Device that had been connected to Mr. Boudria's Accenture computer;

(d)     Within two (2) days of entry of this Order, Defendant McIntyre shall produce to Accenture for forensic inspection the USB device (SPUFDU3) that had been connected to Mr. McIntyre's Accenture computer;

(e)     Within two (2) days of entry of this Order, Defendant Murray shall produce the following electronic storage devices and cloud storage accounts to Accenture for forensic inspection: (i) his GitHub account, (ii) his DropBox account, (iii) his email account mattanimation@gmail.com, (iv) his Google drive account, and (v) the USB20FD external storage device that had been connected to Mr. Murray's Accenture computer;

(f)     Within two (2) days of entry of this Order, Defendant Todor shall produce the following electronic storage devices and cloud storage accounts to Accenture for forensic inspection: (i) his DropBox account, (ii) the external storage device named My Passport for Mac that had been connected to Mr. Todor's Accenture computer, and (iii) the external storage device without a volume name that had been connected to Mr. Todor's Accenture computer; and

(g)     The preliminary injunction hearing set for February 20, 2018 (R. 54) is hereby continued to _____ ___, 2018, at _____a.m./p.m., in Courtroom Eight on the seventh floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701, unless moved by Order of this Court.

**SO ORDERED:**

_____          _____
                                        Date