# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

FILED<br>'10 FEB -7 PM 1:41<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY_____<br>DEPUTY CLERK

ACCENTURE LLP,

           **Plaintiff,**

-vs-

                                                     Case No.  A-17-CA-1013-SS

MARC A. BOUDRIA, ROSS A. MCINTYRE,
MATTHEW L. MURRAY, and JOHN J. TODOR,

           **Defendants.**

## TRANSFER ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled case and noting the parties have consented to proceed before the United States Magistrate Judge, enters the following order:

IT IS HEREBY ORDERED that this case is REASSIGNED to the docket of the Honorable Mark Lane, United States Magistrate Judge, for all purposes.

SIGNED this the ___6___ day of February 2018.

_____
UNITED STATES DISTRICT JUDGE