## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**ACCENTURE LLP,**

       **Plaintiff,**

-vs-                                  **Case No.  A-17-CA-1013-SS**

**MARC A. BOUDRIA, ROSS A. MCINTYRE, MATTHEW L. MURRAY, and JOHN J. TODOR,**

       **Defendants.**

_____

## ORDER SETTING HEARING ON MOTION TO COMPEL DISCOVERY
## AND RESPONSE DEADLINE

Before the court is the above-referenced case, which has been transferred to the undersigned by the United States District Judge Sam Sparks at the parties' consent. Dkt. # 64.

The court **SETS** this case for a hearing on Plaintiff's Motion to Compel Discovery beginning at **2:30 p.m. on Wednesday, February 14, 2018**, in Courtroom Eight on the seventh floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701. In advance of the hearing, the Court **SETS** the deadline for Defendants' response to Plaintiff's motion as Monday, February 12, 2018.

SIGNED February 7, 2018.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE