**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| ACCENTURE LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-01013-ML |
| | ) | |
| MARC A. BOUDRIA; ROSS A. MCINTYRE; | ) | Magistrate Judge Mark Lane |
| MATTHEW L. MURRAY; and JOHN J. TODOR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff Accenture LLP ("Accenture") and Defendants Marc A. Boudria, Ross A. McIntyre, Matthew L. Murray, and John J. Todor (collectively, the "Parties") hereby jointly move to stay proceedings in this matter for a period of thirty (30) days, pending the Parties' attempt to resolve this matter through settlement. In support of their Joint Motion, the Parties state as follows:

1.     On October 24, 2017, Accenture filed its Verified Complaint for Injunctive and Other Relief.  (R. 1.)

2.     Since this time, the Parties have discussed the possibility of resolving the case through settlement.  On February 12, 2018, the Parties reached an agreement in principle on the terms of a settlement agreement that would resolve this action in its entirety.

3.     Pursuant to this Court's Orders, a hearing on Accenture's Motion to Compel Discovery and to Continue the Preliminary Injunction Hearing Pending Such Discovery is set for February 14, 2018 (R. 65), and a Preliminary Injunction Hearing is set for February 20, 2018 (R. 54).  There are no other immediate pending hearings or deadlines.

4.     In order to facilitate settlement by allowing the Parties to focus their efforts on

finalizing a settlement agreement, and to avoid expending significant time and resources continuing to litigate while the Parties have reached an agreement in principle, the Parties agree that it would be advantageous to stay this action, including, without limitation, the February 14, 2017 motion hearing and the February 20, 2017 Preliminary Injunction Hearing, for thirty (30) days while the Parties finalize a settlement agreement.

5.      The agreed-upon stay promotes judicial efficiency and is not for the purpose of delay.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order attached as Exhibit A staying the proceedings for thirty (30) days.

Dated:  February 13, 2018

By: /s/ *Michael P. Roche*

Steve Fleckman
FLECKMAN & MCGLYNN, PLLC
515 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 476-7900
Facsimile: (512) 476-7644
fleckman@fleckman.com

Sheryl A. Falk
Erin C. Villaseñor
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
sfalk@wintson.com
evillasenor@winston.com

Michael P. Roche (*admitted pro hac vice*)
Daniel J. Fazio (*admitted pro hac vice*)
Benjamin M. Ostrander (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601

Respectfully submitted,

By: /s/ *Michael J. Golden*

Michael J. Golden
BOULETTE GOLDEN & MARIN, L.L.P.
2801 Via Fortuna, Suite 530
Austin, TX 78746
Telephone: (512) 732-8902
Facsimile: (512) 732-8905
mike@boulettegolden.com

**ATTORNEYS FOR DEFENDANTS**

2

Telephone: (312) 558-5600
Facsimile: (312) 558-5700
mroche@winston.com
dfazio@winston.com
bostrander@winston.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon counsel of record for Defendants via the Court's ECF system on this 13th day of February, 2018, as follows:

Michael J. Golden
BOULETTE GOLDEN & MARIN LLP
2801 Via Fortuna, Suite 530
Austin, TX  78746
mike@boulettegolden.com

By: /s/ *Benjamin M. Ostrander*

Counsel for Plaintiff