**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| ACCENTURE LLP, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| MARC A. BOUDRIA, ROSS A. | § | A-17-CV-1013-ML |
| MCINTYRE, MATTHEW L. MURRAY, | § | |
| and JOHN J. TODOR, | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This matter having come before the court on the Parties' Joint Motion to Stay Proceedings (Dkt. #66), and the court being fully advised, the Joint Motion is **GRANTED** and **IT IS HEREBY ORDERED** that:

(a) This action is **STAYED** until March 15, 2018, unless otherwise ordered by the court.

(b) The hearings set on February 14, 2018 and February 20, 2018 are **CANCELLED**.

(c) The Parties, or counsel acting on their behalf, shall participate in a telephonic status conference on **March 15, 2018, at 2:00 p.m.** at telephone number (512) 916-5896, ext. 8597.  Counsel for Plaintiff shall be responsible for initiating and coordinating the call.

SIGNED February 13, 2018.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE