**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| ACCENTURE LLP,           ) | |
|                   ) | |
|     Plaintiff,          ) | |
|                   ) | |
|     v.                ) | Case No. 1:17-cv-01013-ML |
|                   ) | |
| MARC A. BOUDRIA; ROSS A. MCINTYRE;   ) | Magistrate Judge Mark Lane |
| MATTHEW L. MURRAY; and JOHN J. TODOR,  ) | |
|                   ) | |
|     Defendants.       ) | |
|                   ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Accenture LLP and Defendants Marc A. Boudria, Ross A. McIntyre, Matthew L. Murray, and John J. Todor, by and through their respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of Plaintiff's Verified Complaint for Injunctive and Other Relief (R. 1) with prejudice, each party bearing its own costs and fees.

Dated:  March 16, 2018

Respectfully submitted,

By: /s/ Erin C. Villasenor

Steve Fleckman
FLECKMAN & MCGLYNN, PLLC
515 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 476-7900
Facsimile: (512) 476-7644
fleckman@fleckman.com

Sheryl A. Falk
Erin C. Villaseñor
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

By: /s/ Michael J. Golden (by permission)

Michael J. Golden
BOULETTE GOLDEN & MARIN, L.L.P.
2801 Via Fortuna, Suite 530
Austin, TX 78746
Telephone: (512) 732-8902
Facsimile: (512) 732-8905
mike@boulettegolden.com

ATTORNEYS FOR DEFENDANTS

sfalk@wintson.com
evillasenor@winston.com

Michael P. Roche (*admitted pro hac vice*)
Daniel J. Fazio (*admitted pro hac vice*)
Benjamin M. Ostrander (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
mroche@winston.com
dfazio@winston.com
bostrander@winston.com

ATTORNEYS FOR PLAINTIFF