**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| ACCENTURE LLP, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| MARC A. BOUDRIA, ROSS A. | § | A-17-CV-1013-ML |
| MCINTYRE, MATTHEW L. MURRAY, | § | |
| and JOHN J. TODOR, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The parties consented to this court's jurisdiction under 28 U.S.C. § 636(c).  Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. #68), **IT IS HEREBY ORDERED** that:

All claims and causes of action are **DISMISSED WITH PREJUDICE**;

Any pending motions are **DENIED**;

Each party shall bear its own costs and fees; and

This case is **CLOSED**.

SIGNED March 20, 2018.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE