**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ACCENTURE LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-01013-ML |
| | ) | |
| MARC A. BOUDRIA; ROSS A. MCINTYRE; | ) | Magistrate Judge Mark Lane |
| MATTHEW L. MURRAY; and JOHN J. TODOR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO RELEASE REGISTRY FUNDS**

Pursuant to Local Rule CV-67, Plaintiff Accenture LLP files this motion to release the

$500 cash bond posted in connection with its application for restraining order and preliminary

injunction.  This action has been dismissed with prejudice and closed.

Accordingly, Plaintiff requests that its cash bond be released and refunded to Plaintiff,

via its local counsel Fleckman & McGlynn, PLLC.

Dated:  April 27, 2018                    Respectfully submitted,

ACCENTURE LLP

By: *Steven A. Fleckman*
     Steven A. Fleckman
     Texas State Bar No. 07118300
     Email: fleckman@fleckman.com
     FLECKMAN & MCGLYNN, PLLC
     515 Congress Avenue, Suite 1800
     Austin, Texas 78701
     Tel.: (512) 476-7900
     Fax: (512) 476-7644

Sheryl A. Falk
Texas State Bar No. 06795350
Erin C. Villaseñor
Texas State Bar No. 24072407
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Tel.: (713) 651-2600
Fax: (713) 651-2700
sfalk@wintson.com
evillasenor@winston.com

Michael P. Roche *(admitted pro hac vice)*
Illinois State Bar No. 6216758
Daniel J. Fazio *(admitted pro hac vice)*
Illinois State Bar No. 6296352
Benjamin M. Ostrander *(admitted pro hac vice)*
Illinois State Bar No. 6309843
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
mroche@winston.com
dfazio@winston.com
bostrander@winston.com

**ATTORNEYS FOR PLAINTIFF
ACCENTURE LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, a true and correct copy of the foregoing document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure and the Court's Local Rules via the Court's ECF system.

*Steven A. Fleckman*
Steven A. Fleckman