**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| ACCENTURE LLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:17-cv-01013-ML |
| | ) |
| MARC A. BOUDRIA; ROSS A. MCINTYRE; | )    Magistrate Judge Mark Lane |
| MATTHEW L. MURRAY; and JOHN J. TODOR, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING
PLAINTIFF'S MOTION TO RELEASE REGISTRY FUNDS**

The Court, having considered Plaintiff's Motion to Release Registry Funds, is of the opinion that the Motion should be granted. It is therefore

ORDERED that Plaintiff's Motion to Release Registry Funds is GRANTED. The Clerk is directed to disburse the $500 bond to Fleckman & McGlynn, PLLC.

SIGNED this _11_ day of ___May___, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Order